|  |  |
|---|---|
| **UNITED STATES DISTRICT COURT** | **EASTERN DISTRICT OF TEXAS** |

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| *versus* | § | CASE NO. 1:17-CR-41-MAC |
| | § | |
| MONTARO ALABIMO WILLIAMS | § | |

## ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

The court referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, for consideration pursuant to applicable laws and orders of this court. The Defendant, Montaro Alabimo Williams, moved to suppress evidence obtained during two searches of his property.

Judge Hawthorn concluded that evidence from the first search conducted on April 2, 2015, by Agent Stinebaugh should be excluded as it was obtained without a warrant and not pursuant to the open fields doctrine. However, the second search conducted on August 3, 2015, was lawful pursuant to the open fields doctrine, and the evidence obtained as a result of that search should be admissible.

The parties have not objected to the magistrate judge's findings. The court concludes that the magistrate judge's findings, conclusions and analysis are correct. Accordingly, the report of the magistrate judge is **ADOPTED**. It is further

**ORDERED** that the Defendant's "Motion to Suppress" (Doc. No. 18) is **GRANTED IN PART** and all evidence seized as a result of the search conducted on April 2, 2015 is excluded.

SIGNED at Beaumont, Texas, this 15th day of August, 2017.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE